FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2024

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| *In re* | NO:   2:23-CV-179-SAB |
| *Whitworth University Data Breach* | NOTICE SETTING SCHEDULING CONFERENCE |

**A.    Scheduling Conference – By Video**

**HEARING DATE:  MARCH 18, 2024 at 11:30 a.m.**

**PLEASE TAKE NOTICE** that a video scheduling conference will be held on the date and time noted above.  Counsel and pro se parties will be provided with separate call-in details by email from the Court's staff.  The email will be sent one week before the hearing.

**B.**    The provisions of Fed. R. Civ. P. 26 apply.  The parties shall confer at least **fourteen (14) days** in advance of the scheduling conference and shall be prepared to discuss at the scheduling conference the following issues:

1.    Whether service is complete and, if not, the expected date of completion;

2.    Whether jurisdiction, venue, and standing are proper;

NOTICE SETTING SCHEDULING CONFERENCE ~ 1

3.      Whether the parties consent for this matter to be tried before a
        magistrate judge;

4.      The nature and basis of their claims (brief summary);

5.      A preferred trial date and estimated length of trial;

6.      Anticipated motions;

7.      Arrangement for the disclosures required under Fed. R. Civ. P.
        26(a)(1);

8.      A proposed Discovery Plan as discussed in Fed. R. Civ. P. 26(f).
This plan shall include the disclosures required under Rule 26(a)(1)
and shall also include a time and platform agreed upon for the exchange
of e-discovery, if any;

9.      Whether class certification is alleged.  The parties shall include a
        suggested cut-off date as outlined in Local Rule 23.1;

10.     Whether the case involves a beneficial interest claim of a minor
        or incompetent that requires appointment of a Guardian ad litem;

11.     The appropriateness of special procedures such as consolidation
        of actions for discovery or pretrial, reference to a master or
        magistrate, to arbitration, to the Judicial Panel on Multi-district
        Litigation, or application of the procedures included in the
        Manual for Complex Litigation;

NOTICE SETTING SCHEDULING CONFERENCE ~ 2

12.    Modification of the standard procedures due to the relative simplicity or complexity of the action or proceeding;

13.    Feasibility of bifurcation, or otherwise structuring sequence of the trial;

14.    Whether there will be a point in the litigation when the parties can conduct meaningful settlement discussions or participation in another form of alternative dispute resolution;

15.    Identification of any issues that should be certified to the state Supreme Court; and

16.    Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.

**C.**    On or before **March 11, 2024**, the parties shall file the following:

1.    **Consent Form:**  The parties shall complete the attached Consent Form and return it to the Clerk of the Court, as instructed, advising whether the parties consent to this case being tried by a United States Magistrate Judge.  See 28 U.S.C. § 636 as amended;

2.    **Statement Identifying Corporate Information:**  Any non-governmental corporate party to this action shall file a statement identifying all its parent corporations and listing any publicly held company that owns

10% or more of the party's stock.  Counsel have an ongoing responsibility to supplement this information;

   3.   **Joint Status Report (Fed. R. Civ. P. 26(f)):**  The parties shall file a Joint Status Report (or separate reports if necessary), reflecting the results of their conference and the parties' position with respect to **each subject outlined in section B** of this Notice.

   4.   The following deadline dates will be outlined in an Order after the status conference.  Be prepared to discuss these deadlines if there are any changes.

| | |
|---|---|
| Simultaneous expert disclosures | 230 days before trial |
| Rebuttal expert disclosures | 200 days before trial |
| Motion to Amend/Add Parties | 210 days before trial |
| Daubert motions | 192 days before trial |
| Discovery cutoff | 140 days before trial |
| Dispositive motions | 132 days before trial |
| Hearing Request re deposition designations | 42 days before trial |
| Cross designations | 28 days before trial |
| Objections to designations | 21 days before trial |
| Exhibit/Witness lists | 35 days before trial |
| Objections Exhibit/Witness lists | 28 days before trial |
| Response to Exhibit/Witness objections | 21 days before trial |
| Motions in Limine | 42 days before trial |
| Response to Motions in Limine | 36 days before trial |
| Replies to Motions in Limine | 28 days before trial |
| Pretrial Order | 21 days before trial |

NOTICE SETTING SCHEDULING CONFERENCE ~ 4

| | |
|---|---|
| Trial Briefs, voir dire | 25 days before trial |
| Jury Instructions (Agreed/Disputed) | 25 days before trial |
| Memo object to disputed Jury Instructions | 25 days before trial |
| Pretrial Conference/Motion in Limine Hrg | 14 days before trial |

Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

**DATED** February 8, 2024.

SEAN F. McAVOY
DISTRICT COURT CLERK

*s/Michelle M. Fox*
MICHELLE M. FOX
Deputy Clerk

NOTICE SETTING SCHEDULING CONFERENCE ~ 5