Samuel J. Strauss, WSBA #46971
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| *In re Whitworth University Data Breach* | Case No. 2:23-cv-00179-RLP<br><br>**STIPULATION TO DISMISS** |
|---|---|

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual claims with prejudice, and to the dismissal of class claims without prejudice, with each party to bear its own costs and attorneys' fees

Dated: January 17, 2025

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Dated: January 17, 2025

*/s/ David C. Spellman*
David C. Spellman, WSBA #15884
BUCHALTER PC
1420 Fifth Avenue, Suite 310
Seattle, WA 98101
Telephone: 206.319.7052
dspellman@buchalter.com

| | |
|---|---|
| Kevin Laukaitis* | Andrea Holburn Bernarding |
| LAUKAITIS LAW LLC | FREEMAN MATHIS & GARY LLP |
| 954 Avenida Ponce De Leon, Suite 205 | 701 Fifth Avenue, 42nd Floor |
| San Juan, Puerto Rico 00907 | Seattle, WA 98104 |
| klaukaitis@ecf.courtdrive.com | Telephone: (415) 352-6495 |
| | andrea.bernarding@fmglaw.com |

Kim D. Stephens, WSBA #11984
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
kstephens@tousley.com

*Attorneys for Defendant Whitworth University*

Bryan Bleichner*
CHESTNUT CAMBRONNE PA
100 Washington Avenue, Suite 1700
Minneapolis, MN 55401
bbleichner@chestnutcambronne.com

*Pro Hac Vice

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system. DATED this 17th day of January, 2025.

          STRAUSS BORRELLI PLLC

          By: */s/ Samuel J. Strauss*
              Samuel J. Strauss
              STRAUSS BORRELLI PLLC
              980 N. Michigan Avenue, Suite 1610
              Chicago, IL 60611
              Telephone: (872) 263-1100
              Facsimile: (872) 263-1109
              sam@straussborrelli.com