FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| *In re*<br><br>*Whitworth University Data Breach* | NO: 2:23-CV-00179-RLP<br><br>ORDER DISMISSING CASE |

BEFORE THE COURT is the parties' Stipulation to Dismiss. ECF No. 36. The parties agree that Plaintiffs' individual claims in the above-entitled matter should be dismissed with prejudice, and the class claims should be dismissed without prejudice, with each party to bear its own costs and attorney's fees.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER DISMISSING CASE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the individual claims are **DISMISSED** with prejudice and the class claims are **DISMISSED** without prejudice. Each party shall bear its own costs and attorney's fees.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 30, 2025.

REBECCA L. PENNELL
United States District Judge