AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 30, 2025**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| In re | ) |
|  | ) |
| Whitworth University Data Breach | ) Civil Action No.  2:23-CV-00179-RLP |
|  | ) |
|  | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the individual claims are DISMISSED with prejudice and the class claims are DISMISSED without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Rebecca L Pennell _____

Date:   January 30, 2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore _____